**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

_____

ROBERT FRAZER
UNITED STATES ATTORNEY

Sarina Kaplan
Assistant United States Attorney

*401 Market Street, 4th Fl.*          *main: (856) 757-5026*
*Camden, NJ 08101*                    *direct:(856) 757-5031*
*sarina.kaplan@usdoj.gov*

August 10, 2026

**By ECF**
Hon. Claire C. Cecchi, U.S.D.J.
U.S. District Court, District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

  Re:  ***Toso v Thompson, et. al.*, No. 26-cv-5928 (CCC)**
     **First Request for Extension of Time to Respond**

Dear Judge Cecchi:

  This Office represents the federal defendants in this mandamus action brought by Rossana Toso ("Plaintiff"), a noncitizen seeking adjudication of a visa petition. ECF No. 1 ("Compl."). We write to respectfully request a 45-day extension of time within which to answer or otherwise respond to the Complaint. Should the Court grant this request, the new response date would be October 8, 2026. Plaintiff has consented to this request.

  Defendants sought, and were granted, a Clerk's extension of time to answer or otherwise respond to the complaint until August 24, 2026. *See* L. Civ. R. 6.1(b). This is a first request for additional time following the Clerk's extension. We respectfully submit that good cause exists for this request because the additional time will allow the Federal Defendants to consult with the relevant agency representatives regarding Plaintiff's application, evaluate the legal issues raised in the Complaint, and determine the appropriate response. This Office is currently managing a significant volume of time-sensitive matters, and, if this request is granted, the additional time will ensure that the Federal Defendants' response is thorough and useful to the Court.

  If our extension request is acceptable to the Court, we respectfully request that Your Honor "so order" this letter and have the Clerk's Office file it on the docket.

2

Thank you very much for your consideration of our request.

Respectfully submitted,

ROBERT FRAZER
UNITED STATES ATTORNEY

By:   / s / *Sarina Kaplan*
SARINA KAPLAN
Assistant United States Attorney

cc:   All counsel (by ECF)

SO ORDERED

*s/Claire C. Cecchi*
CLAIRE C. CECCHI, U.S.D.J.

Date:   8/11/2026

2